AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1-09-cr-542 |
| ANDUALEM TESMA KUSA | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 05/23/2018

/s/ Brett Talley
*Attorney's signature*

Brett Talley - USAO
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

brett.j.talley@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3980
*FAX number*